AO 442 (Rev. 11/11) Arrest Warrant

*SDNY Case# 21mj791*

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. |
| Patrick Edward McCaughey III | ) | |
| | ) | |
| | ) | |
| | ) | |

*Defendant*

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Patrick Edward McCaughey III                                                                                ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. 111(b) Assaulting, resisting, or impeding certain officers or employees, 18 U.S.C. 231(a)(3) Civil
Disorder, 18 U.S.C. 1752(a) & (b) Restricted Building or Grounds, 40 U.S.C. 5104(e)(2) Violent Entry or
Disorderly Conduct,

Date:      01/18/2021

2021.01.18
19:44:36 -05'00'

*Issuing officer's signature*

City and state:  Washington D.C.

Robin M. Meriweather, Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____ |
| _____ *Arresting officer's signature* |
| _____ *Printed name and title* |