UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

PATRICK McCOUGHEY III,

Defendant(s).
-------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

-CR-   ( )( )

21 mJ 791

Defendant __Patrick McCoughey__ hereby voluntarily consents to participate in the following proceeding via _X_ videoconferencing or _X_ teleconferencing:

_X_   Initial Appearance Before a Judicial Officer

___   Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

_X_   Bail/Detention Hearing

___   Conference Before a Judicial Officer


__/s/ Patrick McCoughey III__
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

__Patrick McCoughey III__
Print Defendant's Name

_____
Defendant's Counsel's Signature

__Jason Ser__
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

__1/20/21__
Date

__Andrew Krause__/U.S. Magistrate Judge